AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Jose R. Perez-Jaime

Case No: 8:13CR316

USM No: 25862-047

Date of Original Judgment: 03/11/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Julie B. Hansen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   70   months **is reduced to**   57 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/11/2014   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/17/2015

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jose R. Perez-Jaime
CASE NUMBER: 8:13CR316
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 27         Amended Total Offense Level: 25
Criminal History Category: I             Criminal History Category: I
Previous Guideline Range: 70 to 87 months   Amended Guideline Range: 57 to 71 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 37) is granted, and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 38) is approved with the exception to the total adjusted offense level which should reflect 27 to 25 pursuant to the 2014 Drug Retroactive Worksheet (Filing No. 35).